UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DENNIS MOCHERE ABUYA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:08-CV-2268-G |
| VERIZON SELECT SERVICES, INC., | ) | |
| | ) | **ECF** |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated June 4, 2010, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is therefore **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

It is further **ORDERED** that defendant Verizon Select Services Inc.'s motion [Doc. #63] and supplemental motion [Doc. #65] for dismissal are **GRANTED**. Plaintiff's pleadings are **STRICKEN** and this case is **DISMISSED** with prejudice.

June 30, 2010.

　　　　　　　　　　　　　　　　　*/s/ A. Joe Fish*
　　　　　　　　　　　　　　　　　**A. JOE FISH**
　　　　　　　　　　　　　　　　　**Senior United States District Judge**